# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAYETANO MELENDEZ | 1:13-cv-00279-AWI-BAM (PC) |
| Plaintiff, | |
| v. | ORDER APPOINTING LIMITED PURPOSE COUNSEL (ECF No. 13) |
| M. BITER, et al., | |
| Defendants. | SIXTY-DAY DEADLINE |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The court finds that the appointment of counsel is warranted for the limited purpose of drafting an amended complaint.  Paul H. Masuhara has been selected from the court's pro bono attorney panel to represent plaintiff and has accepted the appointment.

Accordingly, IT IS HEREBY ORDERED that:

1. Paul H. Masuhara is appointed as counsel in the above entitled matter for the limited purpose of drafting an amended complaint.  The amended complaint will be due 60 days from the date of this order.
2. Paul H. Masuhara's appointment will terminate when plaintiff's amended complaint is filed.
3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

1

4. The Clerk of the Court is directed to serve a copy of this order upon Paul Masuhara, Law Office of Mark E. Merin, 1010 F Street, Suite 300, Sacramento, California 95814.

IT IS SO ORDERED.

Dated:  **May 16, 2014**                              /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE