# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAYETANO MELENDEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>HUNT, et al.,<br><br>    Defendants | 1:13-cv-00279-AWI-BAM (PC)<br><br>ORDER REGARDING CONSENT TO MAGISTRATE JUDGE JURISDICTION<br><br>ORDER DIRECTING CLERK OF COURT TO SEND CONSENT FORM TO DEFENDANTS |

Plaintiff Cayetano Melendez ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 20, 2016, Defendants' motion for summary judgment was granted in part and denied in part. (ECF No. 51.) This case is now ready to be set for jury trial on Plaintiff's claims against Defendant Hunt for excessive force and deliberate indifference to a serious medical need, and against Defendants Cruz and Arreola[1] for the failure to intercede.

Out of fairness, the Court believes it is necessary to forewarn litigants that the Fresno Division of the Eastern District of California now has one of the heaviest District Judge caseload in the entire nation. While the Court will use its best efforts to resolve this case and all other civil cases in a timely manner, the parties are admonished that not all of the parties' needs and expectations may be met as expeditiously as desired. Multiple trials are being set on the Court's

---

[1] Erroneously sued as Defendant L. "Arriola."

calendar to begin upon the same date. Parties whose trials are set to begin on the same day as other cases may find their own case trailing with little notice before their trial is set to begin. The law requires the Court give any criminal case priority over civil trials and other matters, and the Court must proceed with criminal trials even if a civil trial is older or was set earlier. If multiple trials are scheduled to begin on the same day, a civil trial will trail day to day or week to week until completion of any criminal case or older civil case.

      The parties are reminded of the availability of a United States Magistrate Judge to conduct all proceedings in this action. A United States Magistrate Judge is available to conduct trials, including entry of final judgment, pursuant to 28 U.S.C. § 28 U.S.C. 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305. Plaintiff consented to Magistrate Judge jurisdiction on December 5, 2014. (ECF No. 31), and Defendants declined Magistrate Judge jurisdiction on November 21, 2014. (ECF No. 30.) Now that this case is ready for a trial setting, the Court will direct the Clerk of the Court to provide Defendants with the Court's standard form to consent to or decline Magistrate Judge jurisdiction. Within **twenty (20) days** of this order's date of service, the Defendants shall either consent to or decline Magistrate Judge jurisdiction by filling out the requisite forms and returning them to the Court. The parties are advised that the same jury pool is used by both United States Magistrate Judges and United States Article III District Court Judges. Any appeal from a judgment entered by a United States Magistrate Judge is taken directly to the United States Court of Appeal for the Ninth Circuit.

      Finally, for the parties' information, the Fresno Division whenever possible is utilizing United States Article III District Court Judges from throughout the country as Visiting Judges. Pursuant to the Local Rules, Appendix A, such reassignments will be random, and the parties will receive no advance notice before their case is reassigned to an Article III District Court Judge from outside of the Eastern District of California.

      The parties are hereby informed that no substantive rulings or decisions will be affected by whether a party chooses to consent.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to provide the Defendants with the forms that will allow them to consent or decline Magistrate Judge Jurisdiction;

2. Within **twenty (20) days** from this order's date of service, the Defendants shall notify the Court whether they consent to or decline Magistrate Judge jurisdiction by filling out the enclosed forms and returning them to the Court; and

3. Following receipt of the consent/decline form from Defendants, this case will be set for trial before either the Magistrate Judge or the undersigned.

IT IS SO ORDERED.

Dated:   September 26, 2016                   _____
                                                SENIOR  DISTRICT  JUDGE