# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAYETANO MELENDEZ,<br><br>   Plaintiff,<br><br> v.<br><br>BITER, et al.,<br><br>   Defendants | ) **OLD CASE NO.: 1:13-cv-00279-AWI-BAM**<br>) **(PC)**<br>)<br>) **NEW CASE NO.: 1:13-cv-00279-BAM (PC)**<br>)<br>) **ORDER ASSIGNING ACTION TO U.S.**<br>) **MAGISTRATE JUDGE FOR ALL**<br>) **PURPOSES PURSUANT TO THE**<br>) **CONSENT OF ALL PARTIES**<br>) |

  Plaintiff Cayetano Melendez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, against Defendants Arreola,[1] Hunt, and Cruz. Pursuant to 28 U.S.C. §636(c)(1), all parties have consented to conduct all further proceedings in this action before a U.S. Magistrate Judge, including trial and entry of judgment. Doc. 31 (Plaintiff's consent); Doc. 54 (Defendants' consent). Accordingly, this Court ASSIGNS this action to U.S. Magistrate Judge Barbara A. McAuliffe for all further purposes and proceedings. Further papers shall bear the new case number **1:13-cv-00279-BAM**. U.S. District Judge Anthony W. Ishii will take no further action in this case.

IT IS SO ORDERED.

Dated:  October 11, 2016         /s/ *signature*
                   SENIOR DISTRICT JUDGE

---

[1] Erroneously sued as Defendant L. "Arriola."