XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MICHELLE L. ANGUS, State Bar No. 210031
Supervising Deputy Attorney General
ERICK J. RHOAN, State Bar No. 283588
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-3350
 Fax: (916) 324-5205
 E-mail: Erick.Rhoan@doj.ca.gov
*Attorneys for Defendants Arreola, Cruz, and Hunt*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CAYETANO MELENDEZ,<br><br>                              Plaintiff,<br><br>v.<br><br>HUNT, ET AL.,<br><br>                              Defendants. | 1:13-cv-00279-BAM (PC)<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:         Hon. Barbara A. McAuliffe<br>Trial Date:    May 9, 2017<br>Action Filed: February 22, 2013 |

Pursuant to Eastern District of California Local Rule 160, notice is hereby given that the parties have reached a settlement agreement in full resolution of all claims asserted in the above-entitled matter.

///

///

///

1

  The parties shall file a joint stipulation for dismissal with the Court pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties request the Court to vacate any upcoming events, hearings, and trial which is currently set for May 9, 2017.

Dated: 1-27-17

CAYETANO MELENDEZ
Plaintiff in Pro Se

Dated: 1/27/17

ERICK J. RHOAN
Deputy Attorney General
*Attorneys for Defendants Arreola, Cruz, and Hunt*

SA2014118381
32731451.doc

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Cayetano Melendez (D96382) v. Hunt, et al.**
Case No.:    **1:13-cv-00279-BAM (PC)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On January 27, 2017, I served the attached **NOTICE OF SETTLEMENT** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Cayetano Melendez
CDCR #: D-96382
California Health Care Facility - Stockton
P.O. Box 32200
Stockton, CA 95213
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 27, 2017, at Sacramento, California.

L. Bensen
Declarant

Signature

SA2014118381
32735563.doc